FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAY 17   AM 10: 13

CLERK _B McCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

GARY HUBERT DAVIS,              )
                                )
            Petitioner,         )
                                )
v.                              )        CV 106-033
                                )
TONY HENDERSON, Warden,         )
                                )
            Respondent.         )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the Clerk is **DIRECTED** to **CLOSE** the captioned case and **FILE**

Petitioner's completed § 2254 form and motions to proceed IFP in CV 106-012. Petitioner's

habeas claims will be fully addressed in CV 106-012.

SO ORDERED this 17th day of May, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE